1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

| | | |
|---|---|---|
| 10 | JAMIE and STACI ISHASAKA,          ) | NO. 1:09-CV-01425-AWI-SMS |
| 11 | Plaintiffs,          ) | ORDER OF DISMISSAL WITH PREJUDICE |
| 12 | v.          ) | |
| 13 | CENTRAL CREDIT SERVICES,          ) | |
| 14 | Defendant.          ) | |

15
16
17

    Based upon the Stipulation to Dismiss filed on March 22, 2010, by all appearing parties,

18

and pursuant to Fed. R. Civ. P. 41 (a)(1), the above referenced matter is hereby dismissed with

19

prejudice.

20
21
22

IT IS SO ORDERED.

**Dated:    March 23, 2010**                         **/s/ Anthony W. Ishii**

23

CHIEF UNITED STATES DISTRICT JUDGE

24
25
26
27
28